# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOTEL MANAGEMENT SERVICES, INC., | : | |
| d/b/a Neshaminy Inn and E.B. | : | NO. 17-4491 |

## ORDER

**NOW,** this 24th day of May, 2018, upon consideration of the Motion for Judgment on the Pleadings of Plaintiff, Nautilus Insurance Company (Document No. 18), the response to the motion and the reply, it is **ORDERED** that the motion is **GRANTED**.

                                                        /s/ Timothy J. Savage
                                                        TIMOTHY J. SAVAGE, J.