# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAUTILUS INSURANCE COMPANY** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MOTEL MANAGEMENT SERVICES, INC.,** | : | |
| d/b/a Neshaminy Inn and E.B. | : | NO. 17-4491 |

## ORDER

**NOW,** this 24th day of May, 2018, upon consideration of the defendant's Counter-Mot[ion] for Judgment on the Pleadings (Document No. 20) and its Amended Counter-Motion for Judgment on the Pleadings (Document No. 22), and the plaintiff's motion for judgment on the pleadings having been granted, it is **ORDERED** that the defendant's motions are **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.