# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAUTILUS INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MOTEL MANAGEMENT SERVICES, INC.,** | : | |
| d/b/a Neshaminy Inn and E.B. | : | **NO. 17-4491** |

## ORDER

**NOW,** this 24th day of May, 2018, consistent with the Memorandum Opinion issued this date, **IT IS ORDERED** that **JUDGMENT** is entered in favor of the plaintiff, Nautilus Insurance Company, and against the defendant, Motel Management Services, Inc.

**IT IS DECLARED** that the plaintiff, Nautilus Insurance Company, has no duty to defend or indemnify the defendant, Motel Management Services, Inc., in the action pending in the Common Pleas Court of Philadelphia County, Pennsylvania, captioned *E.B. v. Motel 6 Operating L.P. et al.*, Case No. 170500487.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.